UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

SANTIAGO ABREU,
    Plaintiff,

CASE NO.: 15-cv02737-RBJ-KMT

vs.

UNITED STATES BEEF CORPORATION
d/b/a ARBY'S,

    Defendants(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SANTIAGO ABREU, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal **with Prejudice** of this Action pursuant to Rule 41 of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, UNITED STATES BEEF CORPORATION ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed with **prejudice** against Defendant with each party bearing their own attorneys' fees and costs.

Dated: March 21, 2016

        **WEISS LAW GROUP, P.A.**
        5531 N. University Drive
        Suite 103
        Coral Springs, FL 33067
        Tel: (954) 573-2800
        Fax: (954) 573-2798

BY:   /s/ Peter S. Leiner
        Jason S. Weiss
        Jason@jswlawyer.com
        Florida Bar No. 356890
        Peter S. Leiner
        Peter@jswlawyer.com
        Florida Bar No. 104527

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March, 2016, I have caused to be filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to Steven M. Gutierrez, Esq. at Sgutierrez@hollandhart.com.

>
> BY:   /s/ Peter S. Leiner
> Jason S. Weiss
> Jason@jswlawyer.com
> Florida Bar No. 356890
> Peter S. Leiner
> Peter@jswlawyer.com
> Florida Bar No. 104527